IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| OSMOSE UTILITIES SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO: 3:22-cv-00185-TCB |
| v. | ) ) | |
| ROBIN MCDANIEL, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

In accordance with Local Rule 26.3, I hereby certify that on November 22, 2022, the Defendant in the above styled action was served with a *Notice of Intent to Serve Non-Party Subpoena* by electronic mail as follows:

Melisa C. Zwilling, Esq.
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216
Mzwilling@carrallison.com
***Counsel for Defendant***

This 22nd day of November, 2022.


[Signature on the following page]

        BERMAN FINK VAN HORN P.C.

By:   */s/ Kenneth N. Winkler*
      Benjamin I. Fink
      Georgia Bar No. 261090
      Email: bfink@bfvlaw.com
      Kenneth N. Winkler
      Georgia Bar No. 770749
      Email: kwinkler@bfvlaw.com
      Daniel H. Park
      Georgia Bar No. 930188
      Email: dpark@bfvlaw.com
      3475 Piedmont Road NE
      Suite 1640
      Atlanta, GA 30305
      (404) 261-7711

      *Counsel for Plaintiff*
      *Osmose Utilities Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on November 22, 2022, I electronically filed the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Melisa C. Zwilling, Esq.
>Carr Allison
>100 Vestavia Parkway
>Birmingham, AL 35216
>Mzwilling@carrallison.com
>***Counsel for Defendant***

This 22nd day of November, 2022.

>BERMAN FINK VAN HORN P.C.
>
>By:   */s/ Kenneth N. Winkler*
>          Kenneth N. Winkler
>          Georgia Bar No. 770749
>          kwinkler@bfvlaw.com

| | |
|---|---|
| 3475 Piedmont Road, NE<br>Suite 11640<br>Atlanta, Georgia 30305-6400<br>(404) 261-7711<br>(404) 233-1943 (Facsimile) | COUNSEL FOR PLAINTIFF OSMOSE UTILITIES SERVICES, INC. |

1515038