UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| OSMOSE UTILITIES SERVICES, INC., | * * * |
| Plaintiff, | * * |
| v. | * CIVIL ACTION FILE |
| | * NO. 3:22-CV-185-TCB |
| ROBIN MCDANIEL | * * * |
| Defendants. | * |

## NOTICE OF APPEARANCE

COME NOW Sean W. Martin, Stephen A. Swanson, and the law firm of Carr Allison, P.C. to enter an appearance on behalf of Defendant Robin McDaniel.

This 22nd day of November, 2022.

Respectfully submitted,

**CARR ALLISON**

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**
*Attorneys for Defendant*
736 Market St., Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
sswanson@carrallison.com

## CERTIFICATE OF COMPLAINCE

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 22nd day of November, 2022.

        **CARR ALLISON**

        By: /s/ Sean W. Martin
              **SEAN W. MARTIN, GA BAR #474125**

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**BERMAN FINK VAN HORN P.C**
Kenneth N. Winkler
Benjamin I. Fink
Daniel H. Park
3475 Piedmont Road NE
Suite 1640
Atlanta, GA 30305
(404) 261-7711
bfink@bfvlaw.com
kwinkler@bfvlaw.com
dpark@bfvlaw.com

**CARR ALLISON**

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**